AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

Carrie M Warf,

*Plaintiff,*

v.                                                    Case No. 2:09–cv–14402–AC–MKM
                                                      Hon. Avern Cohn

United States Department of Veterans
Affairs,

*Defendant.*

---

### SUMMONS IN A CIVIL ACTION

To:     United States Attorney

        A lawsuit has been filed against you.

        Within 20 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Jennifer L. Brant
                407 N. Main
                Second Floor
                Ann Arbor, MI
                48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*          By:   s/ C. Greyerbiehl
                                                 *Signature of Clerk or Deputy Clerk*

                                                 Date of Issuance:  November 10, 2009

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:09−cv−14402−AC−MKM
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant
Served:                         United States Attorney

Date of Service:          November 13, 2009

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

__X__ Other (specify):
            Served via certified mail, return receipt requested, on Civil Process Clerk for
the office of the United States Attorney for the Eastern District of Michigan, located at 211 W. Fort,
Ste. 2001, Detroit, Michigan 48226, pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii).

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:          Jennifer L. Brant (P67753)

Signature of Server:     *Jennifer L Brant*

Date:                          November 19, 2009

Server's Address:        407 North Main Street, Ann Arbor, MI 48104

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney for E.D MI
211 W. Fort Street
Ste. 2001
Detroit, MI
          48226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Carolyn          ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Carolyn Freese                    11/13/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

NOV 1 3 2009

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)     7008 0150 0000 6716 2760

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540