AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

Carrie M Warf,

*Plaintiff,*

v.  Case No. 2:09−cv−14402−AC−MKM

Hon. Avern Cohn

United States Department of Veterans Affairs,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: United States Department of Veterans Affairs

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jennifer L. Brant
> 407 N. Main
> Second Floor
> Ann Arbor, MI
> 48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*     By: s/ C. Greyerbiehl
*Signature of Clerk or Deputy Clerk*



Date of Issuance: November 10, 2009

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:09-cv-14402-AC-MKM
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: United States Department of Veterans Affairs

Date of Service: November 18, 2009

### Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify): Served by Certified Mail, Return Receipt Requested, on Sec. Erik K. Shinseke, U.S. Dep't Veterans Affairs, located at 810 Vermont Ave., N.W., Station ID 101, Washington, D.C. 20420, pursuant to Fed. R. Civ. P. 4(i)(2)

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Jennifer L. Brant (P67753)

Signature of Server: *[signature]*

Date: November 23, 2009

Server's Address: Tishkoff & Associates, PLLC
407 North Main Street
Ann Arbor, MI 48104

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  RECEIVED   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>NOV 1 8 2009 |
| 1. Article Addressed to:<br>Sec. Eric K. Shinseki<br>U.S. Dept. of Veterans Affairs<br>810 Vermont Ave., NW.<br>Station ID 101<br>Washington, DC<br>20420 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>OFFICE OF THE SECRETARY<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0150 0000 6716 2753 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540