AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Carrie M Warf,

                            *Plaintiff,*

v.                                           Case No. 2:09−cv−14402−AC−MKM

                                                 Hon. Avern Cohn

United States Department of Veterans Affairs,

                            *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:     Office of the Attorney General

       A lawsuit has been filed against you.

       Within 20 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                 Jennifer L. Brant
                 407 N. Main
                 Second Floor
                 Ann Arbor, MI
                 48104

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*          By:   s/ C. Greyerbiehl_____
                                                                                                   *Signature of Clerk or Deputy Clerk*

                                                                          Date of Issuance: November 10, 2009

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:09-cv-14402-AC-MKM
Hon. Avern Cohn

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant
Served: Office of the Attorney General

Date of Service: November 17, 2009

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify):
Served by Certified Mail, Return Receipt Requested, on the Office of the United States Attorney General, 950 Pennsylvania Ave., N.W., Washington, D.C., 20530, pursuant to Fed. R. Civ. P. 4(i)(1)(B).

____ Returned unexecuted (reason):

**Service Fees:**  Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Jennifer L. Brant (P67753)

Signature of Server: *[signature]*

Date: November 23, 2009

Server's Address: Tishkoff & Associates PLLC
407 North Main Street
Ann Arbor, MI 48104

Case 2:09-cv-14402-AC-MKM   ECF No. 6   filed 11/23/09   PageID.31   Page 3 of 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of Atty General
   U.S. Dept. of Justice
   950 Pennsylvania Ave, NW
   Washington, D.C.
   20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0000 6716 2777

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540