UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARRIE M. WARF,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

        Defendant.
_____/

Case No.    09-14402

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 03, 2011, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

                                  DAVID WEAVER

Dated: November 3, 2011        By: s/Julie Owens
                                               Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 3, 2011, by electronic and/or ordinary mail.

                                               S/Julie Owens
                                             Case Manager, (313) 234-5160