# LUZOD REPORTING SERVICE INC.
615 Griswold Street
Suite 815
Detroit, MI 48226
(313)962-1176   Fax: 962-7073
Tax Id: 38-2621354

Vanessa M. Mays, Atty.
U.S. ATTORNEY'S OFFICE-DET.
Accounts Payable
211 W. Fort Street
Comerica Building
Detroit, MI 48226

March 11, 2011

**Invoice#** 069530

**Balance:**   $708.95

**Re:** 45451- Carrie Warf -V- Erik Shineski
on 03/01/11 by Sheila Rice

## Invoicing Information

| Charge Description | | Amount |
|---|---|---:|
| Order #059 | | |
| Deposition Transcript (Orig, Minu, E-Trans) | | |
| Lindsey Harris | 105 pp @ 3.00/pg | 315.00 |
| Cecily Garrity | 81 pp @ 3.00/pg | 243.00 |
| Minuscripts | 186 pp @ 0.10/pg | 18.60 |
| Exhibits | 55 pp @ 0.25/pg | 13.75 |
| E-trans. | 186 pp @ 0.10/pg | 18.60 |
| Attendance | 5 hrs @ 20.00/hr | 100.00 |

P l e a s e   R e m i t   - - - >   Total Due:   $708.95

Date Transcript Received  March 11, 2011
Signature  Carolyn