# LUZOD REPORTING SERVICE INC. <span style="float:right">FISCAL COPY</span>

615 Griswold Street
Suite 815
Detroit, MI 48226
(313)962-1176  Fax: 962-7073
Tax Id: 38-2621354

---

Vanessa M. Mays, Atty.
U.S. ATTORNEY'S OFFICE-DET.
Accounts Payable
211 W. Fort Street
Comerica Building
Detroit, MI 48226

April 8, 2011

Invoice# 069740

Balance:  $1,053.60

Re: 45585- Carrie Warf -V- Erik Shinseki
    on 03/28/11 by Sheila Rice

## Invoicing Information

| Charge Description | | Amount |
|---|---|---:|
| Order #~~055~~ 074 | | |
| Deposition Transcript: (Orig & Minu) | | |
| Carrie Warf | 281 pp @ 3.00/pg | 843.00 |
| Minuscript | 281 pp @ 0.10/pg | 28.10 |
| Attendance | 5 3/4 hrs @ 20.00/hr  115 | 182.50 |
| | 2 1/4 hrs @ 30.00/hr  67.5 | |

P l e a s e   R e m i t   - - - >  Total Due:  $1,053.60

Date Transcript
Received: _April 8, 2011_

Signature: _Carolyn _____