# LUZOD REPORTING SERVICE INC.

*615 Griswold Street*
*Suite 815*
*Detroit, MI 48226*
*(313)962-1176  Fax: 962-7073*
*Tax Id: 38-2621354*

Vanessa M. Mays, Atty.                              March 17, 2011
U.S. ATTORNEY'S OFFICE-DET.
Accounts Payable                                   **Invoice#** 069592
211 W. Fort Street
Comerica Building                                  **Balance:**      $633.20
Detroit, MI 48226

**Re:** 45458- Carrie Warf -V- Erik Shinseki
    on 03/02/11 *by* Sheila Rice

## Invoicing Information

| Charge Description | | Amount |
|---|---|---|
| Order #060 | | |
| | | |
| Deposition Transcript: | (Orig & Minu) | |
| Cheryl Garnett | 76 pp @ 3.00/pg | 228.00 |
| Michele Rivette | 96 pp @ 3.00/pg | 288.00 |
| Minuscripts | 172 pp @ 0.10/pg | 17.20 |
| Attendance | 5 hrs @ 20.00/hr | 100.00 |

P l e a s e    R e m i t    - - - >    Total Due:    $633.20

Date Transcript
Received _____  *Services Received* 3/28/11
Signature _____  VMM