# LUZOD REPORTING SERVICE INC.

*615 Griswold Street*
*Suite 815*
*Detroit, MI 48226*
*(313)962-1176  Fax: 962-7073*
*Tax Id: 38-2621354*

Vanessa M. Mays, Atty.
U.S. ATTORNEY'S OFFICE-DET.
Accounts Payable
211 W. Fort Street
Comerica Building
Detroit, MI 48226

March 28, 2011

**Invoice#** 069639

**Balance:**    $856.80

**Re:** 45490- Carrie Warf -V- Erik Shinseki
*on 03/08/11 by* Ethel Martin

## Invoicing Information

| Charge Description | | Amount |
|---|---|---:|
| Order #061 | | |
| | | |
| Deposition Transcript: (Orig, 1 cc, Minu) | | |
| Mary Pousak | 49 pp @ 3.00/pg | 147.00 |
| David Maier | 36 pp @ 3.00/pg | 108.00 |
| Max Bryant | 143 pp @ 3.00/pg | 429.00 |
| Minuscripts | 228 pp @ 0.10/pg | 22.80 |
| Attendance | 6 hrs @ 20.00/hr | 150.00 |
| | 1 hr @ 30.00/hr | |

**P l e a s e   R e m i t   - - - >   Total Due:   $856.80**

Date Transcript
Received _March 29 2011_

Signature _Caroly___

*Services received*
*√mm.*
*4|27|11*