# Huron Reporting Service
623 West Huron Avenue
Ann Arbor, MI 48103

Phone: 734-761-5328
Fax: 734-761-7054

Job #: 110418BJT
Job Date: 04/18/2011
Order Date: 04/18/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 371384
Inv. Date: 05/02/2011
Balance: $179.25

Received MAY 11 2011

**Bill To:**
Vanessa M. Mays, ESQ
United States Department of Justice FISCAL UNIT
211 West Fort Street
Suite 2001
Detroit, MI 48226

Action: Warf, Carrie M.
vs
Shinseki, Erik K.
Action #: 2:09-cv-14402
Rep: BJT
Cert:

DCN 2254

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Christa Stoiber | One Mini of Transcript | Pages | 70 | $2.25 | $0.00 | $157.50 |
| 2 | | Exhibit(s) | Copies | 67.00 | $0.25 | $0.00 | $16.75 |
| 3 | | Down Town Delivery | Labor | 1.00 | $5.00 | $0.00 | $5.00 |

UNITED STATES ATTORNEY'S OFFICE EASTERN MICHIGAN
2011 MAY -2 P 4:27

Services / Goods Received
T.I.N. 382436945   1099 Y ✓ N
DC No. 1239254   Call No. final
Acct. Class 054039   Obj. Class 2568
Register 39   Date Goods/Servs Rec'd 5-8-11
Amount 179.25   Date Proper Inv. Rec'd 5-11-11
                5/12/11
Approving Official   Date

PAID
MAY 12 2011

**Comments:**
Thank You. Detroit Videoconferencing. Visa/MasterCard Accepted

delivered
ok 5/11-11

| | |
|---|---|
| Sub Total | $179.25 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $179.25 |
| Payment | $0.00 |
| Balance Due | $179.25 |

Federal Tax I.D.: 38-2436945
Terms: After 45 Days 1.5% Penalty per month

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

received Vanessa Mays 5/8/11

**Bill To:**
Vanessa M. Mays, ESQ
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

**Deliver To:**
Vanessa M. Mays, ESQ
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

**Invoice**

Please Remit Payment to:
400 Renaissance Center
Suite 2160
Detroit, MI 48243

Invoice #: 371384
Inv. Date: 05/02/2011
Balance: $179.25
Job #: 110418BJT
Job Date: 04/18/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: