# Huron Reporting Service
623 West Huron Avenue
Ann Arbor, MI 48103

Phone: 734-761-5328
Fax: 734-761-7054

**Invoice**

| Field | Value |
|---|---|
| Job #: | 110517MCV |
| Job Date: | 05/17/2011 |
| Order Date: | 05/17/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |
| Invoice #: | 372457 |
| Inv. Date: | 05/25/2011 |
| Balance: | $400.25 |

Received MAY 27 2011 FISCAL UNIT

**Bill To:**
Vanessa M. Mays, ESQ
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

DCN: 2255 (Stoiber)
2258 (Rauch)

**Action:** Warf, Carrie M. VS Shinseki, Erik K.
**Action #:** 2:09-cv-14402
**Rep:** MCV
**Cert:** RPR-2335

**PAID** JUN 03 2011

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Christa Stoiber - vol 2 | One Mini of Medical Transcript | Pages | 90 | $2.30 | $0.00 | $207.00 |
| 2 | Sheila Rauch, PhD | One Mini of Medical Transcript | Pages | 45 | $2.30 | $0.00 | $103.50 |
| 3 | | Exhibit(s) | Copies | 339.00 | $0.25 | $0.00 | $84.75 |
| 4 | | Down Town Delivery | Labor | 1.00 | $5.00 | $0.00 | $5.00 |

Services/Goods Received
T.I.N. 382436945   1099 Y N
DC No. R392255   Call No.
Acct. Class 024039   Obj. Class 2545
Register 39   Date Goods/Servs Rec'd 5/27/11
Amount 400.25   Date Proper Inv. Rec'd 5/27/11
Approving Official   Date 5/31/11

UNITED STATES ATTORNEY'S OFFICE EASTERN MICHIGAN
2011 MAY 25 P 3 09

**Comments:**

Thank You. Detroit Videoconferencing. Visa/MasterCard Accepted

6/25/11 received V. Mays

| | |
|---|---|
| Sub Total | $400.25 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $400.25 |
| Payment | $0.00 |
| Balance Due | $400.25 |

**Federal Tax I.D.:** 38-2436945
**Terms:** After 45 Days 1.5% Penalty per month

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

I certify that these goods and/or services were received on 5/25/11 and accepted on 5/25/11. Oral purchase was authorized and no confirming order has been issued.

Signature: Emily Clark
Printed Name: Emily Klaker
Date: 6-2-11
Title: Budget Analyst

**Bill To:**
Vanessa M. Mays, ESQ
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

**Deliver To:**
Vanessa M. Mays, ESQ
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

**Invoice**

Please Remit Payment to:
400 Renaissance Center
Suite 2160
Detroit, MI 48243

| | |
|---|---|
| Invoice #: | 372457 |
| Inv. Date: | 05/25/2011 |
| Balance: | $400.25 |
| Job #: | 110517MCV |
| Job Date: | 05/17/2011 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |