# Huron Reporting Service
623 West Huron Avenue
Ann Arbor, MI 48103

Phone: 734-761-5328
Fax:   734-761-7054

DCN: 2259

Job #: 110518MCV
Job Date: 05/18/2011
Order Date: 05/18/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:        FISCAL UNIT

**Received**
JUN 16 2011

## Invoice

Invoice #:    372868
Inv.Date:    06/03/2011
Balance:    $227.35

Bill To:
Vanessa M. Mays, ESQ
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

Action: **Warf, Carrie M.**
VS
**Shinseki, Erik K.**
Action #: 2:09-cv-14402
Rep: MCV
Cert: RPR-2335

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|------|--------------------|-------------|-------|----------|-------|------------|--------|
| 1 | Mark Lyubkin, MD | Copy via Email only | Pages | 95 | $2.25 | $0.00 | $213.75 |
| 2 |  | Exhibits via Email | Copies | 34.00 | $0.40 | $0.00 | $13.60 |

I certify that these goods and/or services were received on 6/6 and accepted on 6/6 Oral purchase was authorized and no confirming order has been issued.

Signature: Emily Klar
Printed Name: Emily Klar    Date: 6-21-11
Title: BA

Services / Goods Received
T.I.N. 38743 26945  1099 Y N
DC No. P392259  Call No. Final
Acct. Class 064034  Obj. Class 2508
Register 59  Date Goods/Servs Rec'd 6/6/11
Amount 227.35  Date Proper Inv. Rec'd 6/16/11
Approving Official  Date 6/22/11

6/6/11
Received
VMM

Comments:

Thank You.Detroit Videoconferencing.Visa/MasterCard Accepted

| | |
|---|---|
| Sub Total | $227.35 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $227.35 |
| Payment | $0.00 |
| **Balance Due** | $227.35 |

Federal Tax I.D.: 38-2436945    Terms: After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

PAID
JUN 22 2011

Bill To:
Vanessa M. Mays, ESQ
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

Deliver To:
Vanessa M. Mays, ESQ
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

## Invoice

Invoice #: 372868
Inv.Date: 06/03/2011
Balance: $227.35
Job #: 110518MCV
Job Date: 05/18/2011
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Please Remit Payment to:
400 Renaissance Center
Suite 2160
Detroit, MI 48243