# Huron Reporting Service
623 West Huron Avenue
Ann Arbor, MI 48103

Phone: 734-761-5328
Fax: 734-761-7054

Job #: 100601MRW
Job Date: 06/01/2010
Order Date: 06/01/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

DCN#2576

## Invoice

Invoice #: 358136
Inv. Date: 06/14/2010
Balance: $232.70

Bill To:
Ms. Vanessa M. Mays
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

Action: Warf, Carrie M.
vs
Shinseki, Erik K.
Action #: 2:09-cv-14402
Rep: MRW
Cert: 3611

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Thomas Maher | One Copy of Transcript | Pages | 11 | $2.25 | $0.00 | $24.75 |
| 2 | Kenneth Adams | One Copy of Transcript | Pages | 45 | $2.25 | $0.00 | $101.25 |
| 3 | | Etrans in .ptx | | 1.00 | $10.00 | $0.00 | $10.00 |
| 4 | | Condensed Transcript | 1 | 2.00 | $10.00 | $0.00 | $20.00 |
| 5 | | Digital Exhibit CD | Dollars | 1.00 | $15.00 | $0.00 | $15.00 |
| 6 | | Digital Exhibit(s) | Pages | 162 | $0.35 | $0.00 | $56.70 |
| 7 | | Down Town Delivery | Labor | 1.00 | $5.00 | $0.00 | $5.00 |

Comments:

UNITED STATES
ATTORNEY'S OFFICE
EASTERN MICHIGAN
2010 JUN 14 P 3:06

Services Received
V Mays 6/14/10

Thank You. Detroit Videoconferencing. Visa/MasterCard Accepted

Sub Total: $232.70
Shipping: $0.00
Tax: N/A
Total Invoice: $232.70
Payment: $0.00
Balance Due: $232.70

Federal Tax I.D.: 38-2436945
Terms: After 45 Days 1.5% Penalty per month

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

---

Bill To:
Ms. Vanessa M. Mays
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

Deliver To:
Ms. Vanessa M. Mays
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

## Invoice

Please Remit Payment to:
400 Renaissance Center
Suite 2160
Detroit, MI 48243

Invoice #: 358136
Inv. Date: 06/14/2010
Balance: $232.70
Job #: 100601MRW
Job Date: 06/01/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: