# LUZOD REPORTING SERVICE INC.
### 615 Griswold Street
### Suite 815
### Detroit, MI 48226
### (313)962-1176  Fax: 962-7073
### Tax Id: 38-2621354

Vanessa M. Mays, Atty.  
U.S. ATTORNEY'S OFFICE-DET.  
211 W. Fort Street  
Comerica Building  
Detroit, MI 48226  

November 28, 2011

Invoice# 068425

Balance:              $.00

**Re:** 44256- Carrie Warf -V- Erik Shinseki  
on 07/27/10 by Cheryl Luzod

**Billed:** 08/13/10

## Invoicing Information

| Charge Description | | Amount |
|---|---|---|
| Order #081 | | |
| Deposition Transcript (Orig, Minu, E-Trans) | | |
| Margaret Judd | 135 pp @ 3.00/pg | 405.00 |
| Stephanie Steinert | 90 pp @ 3.00/pg | 270.00 |
| Minuscripts | 225 pp @ 0.10/pg | 22.50 |
| E-trans. | 225 pp @ 0.10/pg | 22.50 |
| Exhibits | 250 pp @ 0.25/pg | 62.50 |
| Attendance | 6 hrs @ 20.00/hr | 120.00 |

|  |  |
|---|---|
| Sub Total: | 902.50 |
| - Payments/Credits: | 902.50 |
| Total Due: | $.00 |

P l e a s e    R e m i t    - - - >