# Huron Reporting Se.vice

623 West Huron Avenue
Ann Arbor, MI 48103

Phone: 734-761-5328
Fax:   734-761-7054

| | |
|---|---|
| Job #: | 100528BJT |
| Job Date: | 05/28/2010 |
| Order Date: | 05/28/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |

# Invoice

| | |
|---|---|
| Invoice #: | 358081 |
| Inv.Date: | 06/11/2010 |
| Balance: | $495.00 |

**Bill To:**
Ms. Vanessa M. Mays
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

*DCN #2571*

| | |
|---|---|
| Action: | Warf, Carrie M. |
| | vs |
| | Shinseki, Erik K. |
| Action #: | 2:09-cv-14402 |
| Rep: | BJT |
| Cert: | |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Barbara Kamholz, MD | One Copy of Transcript - Expert | Pages | 200 | $2.35 | $0.00 | $470.00 |
| 2 | Barbara Kamholz, MD | Condensed Transcript | 1 | 1.00 | $10.00 | $0.00 | $10.00 |
| 3 | | Etrans in .ptx | | 1.00 | $10.00 | $0.00 | $10.00 |
| 4 | | Down Town Delivery | Labor | 1.00 | $5.00 | $0.00 | $5.00 |

*UNITED STATES ATTORNEY'S OFFICE EASTERN MICHIGAN 2010 JUN 11 P 4:*

**Comments:**

Thank You.Detroit Videoconferencing.Visa/MasterCard Accepted

*Received V. Mays 6/14/10*

| | |
|---|---|
| Sub Total | $495.00 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $495.00 |
| Payment | $0.00 |
| Balance Due | $495.00 |

**Federal Tax I.D.:** 38-2436945

**Terms:** After 45 Days 1.5% Penalty per month

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Ms. Vanessa M. Mays
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

# Invoice

**Please Remit Payment to:**
400 Renaissance Center
Suite 2160
Detroit, MI 48243

**Deliver To:**
Ms. Vanessa M. Mays
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226

| | |
|---|---|
| Invoice #: | 358081 |
| Inv.Date: | 06/11/2010 |
| Balance: | $495.00 |
| Job #: | 100528BJT |
| Job Date: | 05/28/2010 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |