# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 11, 2013

Ms. Vanessa M. Mays
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. William G. Tishkoff
Mr. John Walter Zaskiewicz
Tishkoff & Associates
407 N. Main Street, Second Floor
Ann Arbor, MI 48104

Re: Case No. 11-2570, *Carrie Warf v. U.S. Dep't of Veterans Affairs*
Originating Case No. : 2:09-cv-14402

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 11-2570

CARRIE M. WARF,

    Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant - Appellee.

> **FILED**
> *Apr 11, 2013*
> DEBORAH S. HUNT, Clerk

Before: MARTIN and GRIFFIN, Circuit Judges; BECKWITH, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                        **ENTERED BY ORDER OF THE COURT**

                        Deborah S. Hunt, Clerk